# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

––––––––––––––––––––––––––––––

Case No. 6D23-2845
Lower Tribunal No. 2022-CT-004278-A-O

––––––––––––––––––––––––––––––

STATE OF FLORIDA,

Appellant,

v.

RICARDO MARTINEZ,

Appellee.

––––––––––––––––––––––––––––––

Appeal from the County Court for Orange County.
Martha C. Adams, Judge.

April 23, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK, J., and LAMBERT, B.D., Associate Judge, concur.


Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellant.

Lori Wurtzel, of Wurtzel Law, PLLC, Winter Park, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED